

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00272-CV

IN THE INTEREST OF A.W., A CHILD  § On Appeal from the 415th District Court

§ of Parker County (CV18-1452)

§ July 20, 2023

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment is vacated and that Appellee A.W.'s suit is dismissed without prejudice.

It is further ordered that Appellee A.W. shall pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr